# Exhibit A

***Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.***
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

WEAVER APPAREL LLC
GOODMAN FACTORS PO BOX
29647 DALLAS TX 75229-9647

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684424 | 05/15/2019 | 05/24/2019 | $ 5,346.97 | 233030-2019 | 03/12/2019 | $ 5,376.03 |
| 684424 | 05/15/2019 | 05/24/2019 | 5,346.97 | PT0023257-2019 | 05/09/2019 | - 29.06 |
| 684728 | 05/22/2019 | 06/04/2019 | 7,390.91 | 233187-2019 | 04/18/2019 | 7,455.54 |
| 684728 | 05/22/2019 | 06/04/2019 | 7,390.91 | PT0023310-2019 | 05/16/2019 | - 64.63 |
| 685138 | 05/29/2019 | 06/05/2019 | 7,032.02 | 233070-2019 | 03/29/2019 | 6,486.66 |
| 685138 | 05/29/2019 | 06/05/2019 | 7,032.02 | 233074-2019 | 03/29/2019 | 576.60 |
| 685138 | 05/29/2019 | 06/05/2019 | 7,032.02 | PT0023364-2019 | 05/23/2019 | - 31.24 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | 035057-2019 | 06/03/2019 | - 2,349.03 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | 233071-2019 | 03/28/2019 | 8,433.00 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | 233072-2019 | 03/28/2019 | 8,433.00 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | 233073-2019 | 03/28/2019 | 6,018.18 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | 233132-2019 | 04/04/2019 | 6,465.30 |
| 685530 | 06/05/2019 | 06/12/2019 | 26,817.59 | PT0023412-2019 | 05/30/2019 | - 182.86 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 12609-2019 | 05/16/2019 | - 322.50 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 12641-2019 | 05/30/2019 | - 189.00 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 233102-2019 | 04/09/2019 | 4,553.82 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 233238-2019 | 05/08/2019 | 6,031.08 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 233239-2019 | 05/08/2019 | 8,026.95 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | 706522REV-2019 | 05/03/2019 | 435.71 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | PT0023475-2019 | 06/06/2019 | - 113.84 |
| 685651 | 06/12/2019 | 06/20/2019 | 18,310.36 | PT0023500-2019 | 06/06/2019 | - 111.86 |
| 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 035119-2019 | 06/10/2019 | - 295.68 |
| 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 12641REV | 06/18/2019 | 189.00 |
| 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233101-2019 | 04/09/2019 | 5,768.17 |
| 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233163-2019 | 04/11/2019 | 11,244.00 |

|    | A      | B          | C          | D         | E             | F          | G         |
|----|--------|------------|------------|-----------|---------------|------------|-----------|
| 37 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233164-2019   | 04/11/2019 | 8,433.00  |
| 38 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233165-2019   | 04/11/2019 | 7,475.85  |
| 39 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233166-2019   | 04/11/2019 | 3,190.48  |
| 40 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233171-2019   | 04/15/2019 | 5,087.91  |
| 41 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233172-2019   | 04/16/2019 | 10,752.07 |
| 42 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233257-2019   | 05/14/2019 | 9,379.82  |
| 43 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233268-2019   | 05/14/2019 | 8,294.51  |
| 44 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233269-2019   | 05/14/2019 | 7,212.00  |
| 45 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | 233270-2019   | 05/14/2019 | 8,558.89  |
| 46 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | PT0023507-2019 | 06/13/2019 | - 125.29  |
| 47 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | PT0023523-2019 | 06/13/2019 | - 202.64  |
| 48 | 686030 | 06/19/2019 | 07/03/2019 | 84,852.86 | PT0023530-2019 | 06/13/2019 | - 109.23  |
| 49 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | 233205-2019   | 04/25/2019 | 2,839.11  |
| 50 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | 233287-2019   | 05/24/2019 | 1,812.18  |
| 51 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | 233288-2019   | 05/24/2019 | 9,256.84  |
| 52 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | 233289-2019   | 05/24/2019 | 9,538.45  |
| 53 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | PT0023575-2019 | 06/20/2019 | - 71.18   |
| 54 | 686356 | 06/26/2019 | 07/08/2019 | 23,323.91 | PT0023584-2019 | 06/20/2019 | - 51.49   |
| 55 | TOTAL  |            |            | $ 173,074.62 | 28         |            |           |